# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.:** CV-09-1780-R        **DATE:** MARCH 25, 2009

**TITLE:** RAFAEL MONTANO -V- VALMONT, ANA M. et al

================================================================

**PRESENT:**

### HON. MANUEL L. REAL, JUDGE

| William Horrell | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANT:**

Not present                                     Not present

**PROCEEDINGS:** ORDER TO SHOW CAUSE RE DISMISSAL


THIS MATTER IS SET ON CALENDAR FOR HEARING ON APRIL 13, 2009 AT 11:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF JURISDICTION. PRESENCE OF COUNSEL / PRO SE LITIGANT AT THE HEARING IS MANDATORY; FAILURE TO ATTEND WILL RESULT IN AUTOMATIC DISMISSAL OF THE ACTION.


cc: counsel of record


**MINUTES FORM II**                                                    Initials of Deputy Clerk __WH____
**CIVIL - GEN**                            D-M